# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

|  |  |  |
|---|---|---|
| Deborah S. Hunt<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: May 29, 2019

Ms. Sarah J. Starrett
U.S. Department of Labor
Office of the Solicitor
200 Constitution Avenue, N.W.
Washington, DC 20210

Mr. Jeffrey Scott Theuer
Loomis, Ewert, Parsley, Davis & Gotting
124 W. Allegan Street
Suite 700
Lansing, MI 48933

Re: Case No. 18-1763, *SOL v. Timberline South LLC, et al*
Originating Case No. : 1:16-cv-11552

Dear Counsel,

The Court issued the enclosed Order today in this case.

Sincerely yours,

s/C. Anthony Milton
Case Manager
Direct Dial No. 513-564-7026

cc: Mr. David J. Weaver

Enclosure

Case No. 18-1763

# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

## ORDER

SECRETARY OF LABOR

    Plaintiff - Appellee

v.

TIMBERLINE SOUTH LLC, a Michigan limited liability company; JIM PAYNE, an individual

    Defendants - Appellants

BEFORE:  SUTTON, Circuit Judge;  WHITE, Circuit Judge;  DONALD, Circuit Judge;

  Upon consideration of the petition for rehearing filed by the appellants,

  It is **ORDERED** that the petition for rehearing be, and it hereby is, granted for the limited purpose of replacing and amending the Court's opinion filed April 05, 2019.

                                                      **ENTERED BY ORDER OF THE COURT**
                                                      Deborah S. Hunt, Clerk

Issued: May 29, 2019